UNITED STATE DISTRICT COURT FOR THE
NORTHEN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MW

PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 6-25-26 FOR MAILING MR

MARVIN E. WATTS,
Petitioner,

VS. Case No.: 3:26cv1101-MCR-ZCB

RICKY D DIXON,
Respondent

RESPONDING

Petitioner Marvin E. Watts has reviewed Rule Governing §2254 Cases, Rule 5(e) as Court ordered. Petitioner Mr. Watts has only a entitle motion pending. This entitle motion is the 10-20-Life law that have been amended in 2016, which Petitioner Mr. Watts meets all the eligibility Criteria. The 10-20-Life amended law should not hinder this proceeding because of it's application that Petitioner is entitle for. There is no pending application out side of this Petition other than the 10-20-Life amended law, application, that Petitioner Marvin E. Watts is entitled.

Respondent has not answered to the allegations of this case of the undisclosed evidence that was conceal from the trial and indeed deprived Petitioner Marvin Watts of life and liberty and not only violated Petitioner constitutional rights,



FILED USDC FLND PN
JUN 29 '26 AM11:35 CF

but The violation of Florida Statutes as well.

(see) Florida Statute 918.13 Tampering with or fabricating physical evidence.

(1) No person, Knowing that a criminal trial or proceeding or an investigation by a duly constituted prosecuting authority, law enforcement agency, grand jury or legislative committee of this State is pending or is about to be instituted, shall:

(a) Alter, destroy, conceal, or remove any record, document, or thing with the purpose to impair it's verity or availability in such proceeding or investigation; or

(b) Make, present, or use any record, document, or thing, Knowing it to be false.

# CERTIFICATE OF SERVICE

I hereby certify that a true and Correct Copy of the foregoing Court Order of the Respondent answer and Petitioner Response to that answer has been furnished by regular U.S. Mail to Counsel for the defendant at Apalachee Correctional institution 35 Apalachee Drive Sneads, Florida, 32460, A copy of this document has been sent to the Respondent (RICKY D. DIXON at the Address of OFFICE OF ATTORNEY GENERAL PL-01, The CAPITOL, TALLAHASSEE FLORIDA, 32399-1850

On this date June 23 2026

Respectfully

Marvin E. Watts DC# P21548
Apalachee Correctional institution
35 Apalachee Drive Sneads Florida, 32460

/s/ Marvin Watts

Marvin E. Watts DC# P21548 Q42140
Apalachee Correctional institution East unit
35 Apalachee Drive, Sneads Florida, 32460

MAILED FROM STATE CORRECTIONAL INSTITUTION

PENSACOLA FL 325
25 JUN 2026 AM 1 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 32460 $ 000.74⁰
02 7W
0008033454 JUN 23 2026

JUN 2 9 2026

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 NORTH PALAFOX STREET,
PENSACOLA, FL 32502

32502-566599

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 6-25-26
FOR MAILING